IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SECURITY NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM PAUL KULANI WEGESEND; BARBARA JEAN WEGESEND; CASTLE & COOKE HOMES HAWAII, INC., a Hawaii corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as nominee for Envision Lending Group, Inc., a Delaware corporation; DEPARTMENT OF TAXATION, STATE OF HAWAII; ENVISION LENDING GROUP, INC., a Utah corporation; EMC MORTGAGE LLC, formerly known as EMC Mortgage Corporation, a Delaware corporation; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; JOHN DOES 1-10, JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10: DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　Defendants. | CIV NO. 14-00417 LEK-RLP |

# ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 13, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Plaintiff Security National Life Insurance Company's Submission Of Documents In Support Of Its Request For Award Of Attorneys' Fees And Costs Filed Pursuant To Order Granting Plaintiff's Motion To Remand Case To Circuit Court Of The First Circuit, State of Hawaii Filed Herein On November 25, 2014" filed on January 13, 2014 (ECF No. [31]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 2, 2015.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HAWAII MASONS' HEALTH AND WELFARE FUND, ET AL. VS. DYNAMIC INTERIORS, LLC, ET AL; CIVIL 14-00417 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**